IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

STANLEY BOOKER                    PLAINTIFF/COUNTER-DEFENDANT

V.                     CIVIL ACTION NO. 5:08CV309DCB-JMR

MARCUS MOORE & BOB'S RENTALS INC.
D/B/A AVIS RENT-A-CAR            DEFENDANTS/COUNTER-PLAINTIFFS

## JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS DAY THIS CAUSE CAME ON TO BE HEARD on the joint Motion *ore tenus* of the Defendant/Counter-Plaintiff, **BOB'S RENTALS INC. d/b/a AVIS RENT-A-CAR** and Plaintiff/Counter-Defendant, Stanley Booker, for a Judgment of Dismissal with Prejudice of only the counter-claim filed against the Counter-Defendant in the above-entitled action without any admission of liability whatsoever, and it being stipulated and made known to the Court that only the counter-claim has been fully compromised and settled and that there remain no issues to be litigated by or between these parties as to the counter-claim and that the parties agree that the same should be dismissed with prejudice and consent to the entry of this Judgment, the Court, having maturely considered same and being fully advised in the premises, is of the opinion, and finds, that said Motion is well-taken and should be sustained.

IT IS, THEREFORE, HEREBY ORDERED AND ADJUDGED, that the counter-claim in this cause be, and the same hereby is,

dismissed with prejudice as to any and all counter-claims by the Defendant/Counter-Plaintiff **BOB'S RENTALS INC. d/b/a AVIS RENT-A-CAR** against the Plaintiff/Counter-Defendant Stanley Booker with each party to bear its own costs.

IT IS, FURTHER, ORDERED AND ADJUDGED that Plaintiff may proceed with his action without any admission of liability and ~~this settlement will not be admissible in evidence in the~~ underlying claim asserted by the Plaintiff against the Defendant.

SO ORDERED AND ADJUDGED this the 2nd day of November 2009.

_____
DISTRICT COURT JUDGE

AGREED AND APPROVED:

_____
CAM AUERSWALD, MSB #_____
ATTORNEY FOR DEFENDANT/COUNTER-PLAINTIFF

_____
JOE S. DEATON, III, MSB #8839
ATTORNEYS FOR PLAINTIFF/COUNTER-DEFENDANT

_____
CARLOS MOORE, MSB # 100685
ATTORNEY FOR PLAINTIFF/COUNTER-DEFENDANT