UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

STANLEY BOOKER											PLAINTIFF

VERSUS								CIVIL ACTION NO. 5:08-cv-309

MARCUS MOORE; and BOB'S RENTALS, INC.
d/b/a AVIS RENT-A-CAR										DEFENDANTS

### ORDER

This matter comes before the Court on a request by the plaintiff to seal the exhibits attached to docket entry numbers 51 and 52. Inasmuch as those exhibits contain sensitive information, the Court finds that the plaintiff's request is well-taken.

Accordingly,

**IT IS HEREBY ORDERED** that the exhibits attached to docket entry numbers 51 and 52 are to be sealed by the District Court Clerk for the Southern District of Mississippi.

**SO ORDERED** this the 1st day of February 2010.

                                          s/ David Bramlette

                                      **UNITED STATES DISTRICT COURT**