# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**STANLEY BOOKER**                                                                               **PLAINTIFF**

**VS.**                                         **CIVIL ACTION NO.: 5:08cv309**

**MARCUS MOORE and BOB'S RENTALS, INC.**
**d/b/a AVIS RENT-A-CAR**                                                 **DEFENDANTS**

---

## ORDER GRANTING DEFENDANT'S MOTION TO EXTEND DEADLINE TO SUPPLEMENT MOTIONS IN LIMINE

---

THIS DAY this cause came before the court on the Motion [Doc. No. 71] of the Defendants seeking an Order extending the deadline currently in place for Defendants to supplement their Motions in Limine. The Court is of the opinion that the motion is well taken and should be granted.

IT IS HEREBY ORDERED AND ADJUDGED, that Defendants' deadline to supplement their Motions in Limine be extended up to and including May 26, 2010.

THIS the <u>21st</u> day of May, 2010.

                                                              s/David Bramlette
                                                              United States District Judge