IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

STANLEY BOOKER                                              PLAINTIFF

VS.                                         CIVIL ACTION NO.: 5:08-cv-309

MARCUS MOORE and BOB'S RENTALS, INC.
d/b/a AVIS RENT-A-CAR                                       DEFENDANTS

## ORDER

This matter comes before the Court on the defendants' Objections to Certain Deposition Testimony of Dr. Howard Katz, M.D. The Court, having considered the motion, and all applicable statutory and case law, and being otherwise fully advised in the premises, finds and orders as follows:

As to the following objections, the Court finds:

Page 28: lines 24 - 31, sustained.

Page 36: line 16 - page 38: line 22, sustained.

Page 39: lines 5 -16, sustained.

Page 44: lines 8-11, overruled.

Page 44: line 3 - page: 47: line 10, sustained as to all lines except page 44: lines 8-11.

Page 49: line 21 - page 50: line 19, sustained.

Page 40: line 1 - page 42: line 9, overruled.

Page 75: line 14 - page 76: line 1, overruled.

Page 92: line 16 - page 93: line 11, sustained.

Page 83: line 23 - page 84: line 18, sustained.

Accordingly,

IT IS SO ORDERED AND ADJUDGED, this the 14th day of June 2010.

                                              s/ David Bramlette
                                     UNITED STATES DISTRICT JUDGE