IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

STANLEY BOOKER                                              PLAINTIFF

VERSUS                                    CIVIL ACTION NO: 5:08-cv-309

MARCUS MOORE AND BOB'S RENTALS, INC.
d/b/a AVIS RENT-A-CAR                                      DEFENDANTS

## ORDER

This cause is before the Court on the defendants' Motions to Reconsider [docket entry nos. 82, 84]. Having carefully considered said Motions, Responses, applicable statutory and case law, and being otherwise fully advised in the premises, the Court finds and orders as follows:

These motions were filed on June 9, 2009, and June 11, 2009. The trial in this case was held on June 15, 2009, through June 17, 2009, in which the jury returned a verdict for the defendant, Marcus Moore. After the plaintiff presented his case-in-chief, defendant Bob's Rentals, Inc. moved for a Rule 50 directed verdict on the negligent entrustment claim, which was granted by the Court.

In their first motion [docket entry no. 82], the defendants request that the Court reconsider its order denying the defendants' motion for summary judgment as to the plaintiff's negligence entrustment claim. In their second motion, [docket entry no. 84], the defendants request that the Court reconsider its order denying the defendants' motion for summary judgment as to the plaintiff's

property damage claim.  Inasmuch as these issues were resolved at trial in favor of the defendants, the Court finds that these motions are moot.  Accordingly,

**IT IS HEREBY ORDERED** that the defendants' Motions to Reconsider [docket entry nos. 82, 84] are **MOOT.**

**SO ORDERED AND ADJUDGED** this the 17th day of June 2010.


                                                           s/ David Bramlette
                                       **UNITED STATES DISTRICT JUDGE**